No. 02–5901.  COLEMAN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–5903.  DILALLO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–5904.  SULLIVAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–5906.  KHANG KIEN TRAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–5907.  DERMAN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–5908.  WARDEN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–5911.  HALL, AKA REED *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–5915.  HUNT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–5916.  SINGLETON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–5918.  LOCSKAI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5923.  BLACK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5924.  NIETO ZEPEDA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5926.  OKAGBUE-OJEKWE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–5928.  MCKINNEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–5934.  LOWE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–5935.  HARRIOTT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.